UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-09552 |
| Jumekia Starkes | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 5-1

This cause coming to be heard on the Objection of the Debtor for entry of an Order regarding Claim 5-1, the claim filed by the Internal Revenue Service; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtor's Objection, detailed in this Motion, to Claim 5-1 filed by the Internal Revenue Service for Internal Revenue Taxes is hereby Sustained.
2. Internal Revenue Service is determined to have a priority claim in the amount of $6,785.00.
3. Internal Revenue Service is determined to have a general unsecured claim in the amount of $21,042.52.

Enter:

**1 4 AUG 2018**

Dated:

United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625